No. 13–0265/NA.  U.S. v. Decker B. Jordan.  CCA 201100621.  On consideration of Appellant's petition for reconsideration of this Court's order issued June 18, 2013, and motion to supplement the record, it is ordered that said motion is hereby denied, and that said petition for reconsideration is hereby denied.

No. 14–0029/AR.  U.S. v. Ronald J. Davis.  CCA 20100815.  On consideration of Appellant's *second* motion to extend time to file the supplement to the petition for grant of review, it is ordered that said motion is hereby granted, ***up to and including October 17, 2013,*** and ***absent extraordinary circumstances, no further extension of time will be granted in this case.***

Friday, October 4, 2013

Misc. No. 14–8001/AR.  Jeffrey A. Sinclair, Appellant v. United States of America, and James L. Pohl, Colonel, U.S. Army, Military Judge.  CCA 20130751.  On consideration of the writ-appeal petition, Appellant's motion for a stay of proceedings, and motion to appear pro hac vice, said motion to appear pro hac vice is hereby granted, said motion for a stay of proceedings is hereby denied, and said petition is hereby denied without prejudice to Appellant's right to raise the issues asserted during the course of normal appellate review.